UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

    Plaintiff,

vs.

CASE NO. 1:18-cv-08363-PGG-SDA

FISHS EDDY, LLC, a New York limited liability company, d/b/a FISHS EDDY, and 889 REALTY, INC., a New York corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, LUIGI GIROTTO, and Defendants, FISHS EDDY, LLC, a New York limited liability company, d/b/a FISHS EDDY, and 889 REALTY, INC., a New York corporation, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 25th day of June, 2019.

By: _____
Robert J. Mirel, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: rjm@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Timothy S. Carr, Esq.
Lester, Schwab, Katz and Dwyer LLP
100 Wall Street
New York, NY 10005
Telephone: (212)-341-4469
Facsimile: (212)-267-5916
Email: tcarr@eustacelaw.com
*Attorneys for Defendant,*
*FISHS EDDY, LLC.*

By: _____
Slava Hazin, Esq.
Warshaw Burstein, LLP
555 Fifth Avenue, 11th Floor
New York, NY 10017
Telephone: (212)-984-7810
Facsimile: (212)-972-9150
Email: shazin@wbcsk.com
*Attorneys for Defendant,*
*889 REALTY, INC.*

**SO ORDERED:**

_____
Paul G. Gardephe, U.S.D.J.

6/25/19